[39 NYS3d 764]

In the Matter of DANIAL A. NELSON, an Attorney, Respondent.
DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JU-
DICIAL DEPARTMENT, Petitioner.

First Department, October 25, 2016

**APPEARANCES OF COUNSEL**

*Jorge Dopico, Chief Counsel, Departmental Disciplinary Com-
mittee*, New York City (*Vitaly Lipkansky* of counsel), for
petitioner.

*Danial A. Nelson*, respondent pro se.

## OPINION OF THE COURT

Per Curiam.

Respondent Danial A. Nelson was admitted to the practice of law in the State of New York by the First Judicial Department on September 24, 2007. At all times relevant to this proceeding, respondent has maintained an office for the practice of law within the First Judicial Department.

The Departmental Disciplinary Committee (Committee) now seeks an order striking respondent's name from the roll of attorneys pursuant to Judiciary Law § 90 (4), on the ground that he has been automatically disbarred upon his conviction of a New York State felony.

On February 26, 2016, respondent was convicted, after trial, in Supreme Court, New York County, of sexual abuse in the first degree in violation of Penal Law § 130.65 (1), a class D felony, and criminal obstruction of breathing or blood circulation in violation of Penal Law § 121.11 (a), a class A misdemeanor.

On June 10, 2016, respondent was sentenced to a four-year term of incarceration, three years of supervised release, fines and surcharges, and was required to register as a sex offender.

Respondent's conviction of a felony within the meaning of Judiciary Law § 90 (4) (e) constitutes a ground for automatic disbarment pursuant to Judiciary Law § 90 (4) (b) and his name should be stricken from the roll of attorneys (*see Matter of Ugweches*, 69 AD3d 125 [1st Dept 2009]).

Accordingly the Committee's petition should be granted and respondent's name stricken from the roll of attorneys and counselors-at-law in the State of New York, effective nunc pro tunc to February 26, 2016.

FRIEDMAN, J.P., SAXE, MOSKOWITZ, GISCHE and KAHN, JJ., concur.

Respondent disbarred, and his name stricken from the roll of attorneys and counselors-at-law in the State of New York, nunc pro tunc to February 26, 2016.